UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RAUL RIVERA,

                Plaintiff,                    21 **CIVIL** 1193 (CS)(JCM)

      -v-                                    **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 27, 2022, the Court has adopted in part and rejected in part the Report and Recommendation of the Magistrate Judge, and the action is remanded to the Commissioner for further development of the record in accordance with the order. Plaintiff's motion for judgment on the pleadings is granted to the extent of the remand, and the Commissioner's motion for judgment on the pleadings is denied.

**Dated:**  New York, New York
          September 28, 2022

                                                    **RUBY J. KRAJICK**

                                                    _____
                                                        **Clerk of Court**
                          **BY:**         *K. Mango*
                                                         _____
                                                         **Deputy Clerk**